UNITED STATES of America, Appellant,
v. Trygue LEER, Appellee.

No. 7741.

Circuit Court of Appeals, Ninth Circuit.
Jan. 21, 1935.

1022

· J. A. Carver, U. S. Atty., of Boise, Idaho.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed; mandate forthwith.